FILED

02/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0428

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0428

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

TONY RAY MANYGUNS,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time to produce transcripts on appeal, and good cause appearing, Court Reporter Ayreanna Ross is granted an extension of time to and including April 18, 2023, within which to prepare, file, and serve the transcripts requested on appeal.

The Clerk shall serve a copy of this Order upon the district court and the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 28 2023